## 20 LARGEST UNSECURED CREDITORS – XTL, INC. AND XTL - PA, INC.

1. INSURANCE OFFICE OF AMERICA

P.O. BOX 162207

ALTAMONTE SPRINGS, FL 32716-2207

$168,741.00


2. ACCU STAFFING SERVICES

P.O. BOX 8326

CHERRY HILL, NJ 08002-0326

$164,352.32


3. KAPLIN STEWART MELOFF REITER & STEIN

P.O. BOX 3037

BLUE BELL, PA 19422-3037

$150,267.48


4. NATIONAL INTERSTATE INSURANCE CO.

P.O. BOX 547

RICHFIELD, OH 44286-0547

$117,367.46


5. SERVICE TIRE TRUCK CENTER, INC

2255 AVENUE A

BETHLEHEM, PA 18017-8933

$116,204.55


6. INDEPENDENCE BLUE CROSS

PO BOX 8500

LOCKBOX 3092

PHILADELPHIA, PA 19178-3092

$73,535.05


7. TEAMSTERS HEALTH & WELFARE FUND

KEVON OFFICE CENTER

2500 MCCLELLAN AVENUE, SUITE 140

PENNSAUKEN, NJ 08109

$69,659.41


8. NATIONAL WORKFORCE OPPORTUNITY

100 SOUTH JNIPER ST

3RD FLOOR

PHILADELPHIA, PA 19107

$48,496.99


9. MILLER TRUCK LEASING

1824 ROUTE 38

LUMBERTON, NJ 08048

$45,638.25


10. PENN JERSEY DIESEL & TRAILER

2950 STATE ROAD

BENSALEM, PA 19020

$45,488.17

11. MHS LIFT, INC.

6965 AIRPORT HIGHWAY LANE

PENNSAUKEN, NJ 08109

$43,898.48

12. ASSETS PROTECTION, INC.

140 E RICHARDSON AVE STE 2

LANGHORNE, PA 19047-2857

$43,360.00

13. RSM US LLP

5155 PAYSPHERE CIRCLE

CHICAGO, IL 60674

$38,000.00

14. SALERNO TIRE CORP

P.O. BOX 1232

SHARON HILL, 19079

$37,822.36

15. RANDSTAD

P.O. BOX 7247-6655

PHILADELPHIA, PA 19170-6655

$37,621.37

16. TEAMSTERS PENSION FUND

KEVON OFFICE CENTER

2500 MCCLELLAN AVENUE, SUITE 140

PENNSAUKEN, NJ 08109

$37,464.35

17. BERGEY'S

1003 RIDGE PIKE

CONSHOHOCKEN, PA 19428

$28,657.89

18. TEAMSTERS LOCAL 830

EMPLOYEE BENEFIT FUNDS

P.O. BOX 6040

PHILADELPHIA, PA 19114

$27,771.16

19. ONSITE PERSONNEL

P O BOX 634

MONTGOMERYVILLE, PA 18936

$28,880.70

20. STAR LEASING CO.

P.O. BOX 76100

CLEVLAND, OH 44101-4755

$22,090.96